## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **CPC LOGISTICS, INC.,** | ) |
| | ) |
| Plaintiff, | )   Case No.  4:13-cv-00228-JCH |
| v. | ) |
| **ABBOTT LABORATORIES, INC.,** | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF PARTIES' SETTLEMENT

COMES NOW Plaintiff, CPC Logistics, Inc. and notifies the Court that the parties have reached a settlement in the case, and request that this Court pass the case for settlement.

          Respectfully submitted,

          WITZEL KANZLER
          DIMMITT & KANZLER, LLC

By:   /s/ Jay L. Kanzler
     Jay L. Kanzler # 41298 Mo.
     Christopher L. Kanzler # 44841 Mo.
     2001 S. Big Bend Blvd.
     St. Louis, Missouri  63117
     (314) 645-5367
     (314) 645-5387 (fax)
     jaykanzler@wkllc.com

## <u>CERTIFICATE OF SERVICE</u>

  The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of the Court to be served by the Court's electronic filing system on this 18th day of November 2014.

                /s/  Jay L. Kanzler